

**NUMBER 13-09-00625-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE: HARLINGEN MEDICAL CENTER

### On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

### Before Justices Yañez, Benavides and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Harlingen Medical Center, filed a petition for writ of mandamus in the above cause arguing that the trial court abused its discretion in denying relator's "Motion to Compel the Return of Privileged Documents." The Court requested and received a response to the petition for writ of mandamus from the real parties in interest. The Court has further received relators' reply to the response.

The Court, having examined and fully considered the petition for writ of mandamus, response, and reply thereto is of the opinion that relator has not shown itself entitled to the

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* Tex. R. App.

P. 52.8(a).                                                                                    PER CURIAM


Delivered and filed the
6th day of January, 2010.